UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ASS'N OF INT'L AUTOMOBILE MANUFACTURERS, Plaintiff, v. W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management, Defendant. | C.A. No. 06-69T |

**PLAINTIFF'S MOTION TO EXTEND PAGE LIMITS IN REPONSE TO MOTION TO DISMISS**

Plaintiff, The Association of International Automobile Manufacturers, hereby moves this Court for an extension of the aggregate page limit for exhibits in responding to Defendant's Motion to Dismiss. Plaintiff seeks an additional twenty-two (22) pages, for an aggregate thirty-two (32) pages of exhibits, to be submitted in support of its Objection to Defendant's Motion to Dismiss. Additionally, so as not to further deluge the Court, Plaintiff requests that it be permitted in its Memorandum in Support of Objection to Motion to Dismiss to reference websites where the full documents can be reviewed by the Court, only portions which documents are being sought to be reproduced in the supporting exhibits.

In further support hereof, Plaintiff relies on the accompanying memorandum.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765

(401) 831-8900
FAX (401) 751-7542

Dated: April 21, 2006

Respectfully Submitted,

Plaintiff Association of
International Automobile
Manufacturers,

By its Attorneys,

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
Emails: jvc@blishcavlaw.com
ker@blishcavlaw.com

**CERTIFICATION**

I hereby certify that on the 21 day of April, 2006, a copy of the within Motion was hand delivered to the following counsel of record:

Michael Rubin, Esq.
Trish K. Jedele, Esq.
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASS'N OF INT'L AUTOMOBILE MANUFACTURERS, Plaintiff, | : | |
| v. | : | C.A. No. 06-69T |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management, Defendant. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND PAGE LIMITS IN REPONSE TO MOTION TO DISMISS**

Plaintiff, The Association of International Automobile Manufacturers, submits the within memorandum in support of its Motion to Extend Page Limits in Response to Motion to Dismiss.

By way of its Motion, Plaintiff seeks an additional twenty-two (22) pages, for an aggregate thirty-two (32) pages of exhibits, to be submitted in support of its Objection to Defendant's Motion to Dismiss. Included in the exhibits are an affidavit of Plaintiff's Director of Environment & Energy with supporting documents relating to a complex series of proposed revisions to existing regulations, and textual explanations. The documents sought to be attached are limited to the pertinent portions of much lengthier documents and will assist the Court in considering the substantive issues raised in the State's Motion to Dismiss as well as Plaintiff's objection thereto.

Further, Plaintiff seeks to reference the full documents in its Memorandum in Support of Objection to Motion to Dismiss by way of applicable websites. So as not to deluge the Court with extraneous materials, Plaintiff intends to reference such

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

websites insofar as this Court deems it necessary to review any other portion of such documents in considering the issues before the Court beyond those pages which Plaintiff seeks to attach as exhibits and which Plaintiff believes, in good faith, should be sufficient to assist the Court.

WHEREFORE, Plaintiff, The Association of International Automobile Manufacturers, respectfully requests that it be permitted to extend the page limits of its exhibits to an aggregate of twenty-eight (28) pages and that it be permitted to refer in its Memorandum in Support of Objection to Motion to Dismiss to full documents by way of websites.

Dated: April 21, 2006

Respectfully Submitted,

Plaintiff Association of
International Automobile
Manufacturers,

By its Attorneys,

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
Emails: jvc@blishcavlaw.com
ker@blishcavlaw.com

**CERTIFICATION**

I hereby certify that on the 21 day of April, 2006, a copy of the within Memorandum was hand delivered to the following counsel of record:

Michael Rubin, Esq.
Trish K. Jedele, Esq.
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903