UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASS'N OF INT'L AUTOMOBILE MANUFACTURERS, Plaintiff, | : | |
| v. | : | C.A. No. 06-69T |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management, Defendant. | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff, The Association of International Automobile Manufacturers, hereby moves this Court for a brief extension of time to respond to Defendant's Motion to Dismiss. In support hereof and in accordance with Local Rule 7(d)(3), Plaintiff states that it has filed herewith an Motion to Extend Page Limits in Response to Motion to Dismiss; that Plaintiff's response to Defendant's Motion to Dismiss is currently due on April 24, 2006; and this Court may not have an opportunity to rule on Plaintiff's Motion to Extend Page Limits before the deadline of Plaintiff's response to Motion to Dismiss. Accordingly, Plaintiff seeks until Friday, April 28, 2006, in which to file its response to Defendant's Motion to Dismiss.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Dated: April 21, 2006

Respectfully Submitted,

Plaintiff Association of
International Automobile
Manufacturers,

By its Attorneys,

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
Emails: jvc@blishcavlaw.com
ker@blishcavlaw.com

**CERTIFICATION**

I hereby certify that on the 21 day of April, 2006, a copy of the within Motion was hand delivered to the following counsel of record:

Michael Rubin, Esq.
Trish K. Jedele, Esq.
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903