IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>Plaintiff,<br>v.<br><br>W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management<br><br>Defendant. | Civil Action No. 06-69T |

**AFFIDAVIT OF JOHN M. CABANISS, JR.**

CITY OF SCOTTSDALE )
) ss.
COUNTY OF MARICOPA, AZ )

BEFORE ME, the undersigned authority, personally appeared JOHN M. CABANISS, JR., who, being duly sworn, deposes and says that the following information is true and correct.

1. I am Director, Environment & Energy, at the Association of International Automobile Manufacturers ("AIAM"). I have personal knowledge of the facts set forth in this affidavit, and if called upon to do so, I could and would testify competently to them.

2. I have been employed at AIAM for eleven years, both in my current position and before that as an environmental manager. Prior to joining AIAM, I worked for the U.S. Environmental Protection Agency for fifteen years in various capacities in the federal motor vehicle emissions control program and for the State of Virginia air pollution control agency for eight years. The breadth of my experience covers nearly all aspects of motor vehicle emissions control, fuel economy, fuel quality, and service. I earned my B.S. degree from Virginia

Polytechnic Institute and State University in forestry and my M.B.A. degree from Virginia Commonwealth University.

3. AIAM is a not-for-profit trade association of manufacturers, manufacturer-authorized importers, and distributors of motor vehicles manufactured both in and outside of the United States.

4. Fuel economy is a matter of great concern for AIAM members. Since the oil crises of the mid-1970s, average CAFE values for passenger cars has increased dramatically, while cars and trucks have at the same time become safer, more comfortable and more powerful.

5. I have reviewed the Air Pollution Control Regulation No. 37 issued by the Rhode Island Department of Environmental Management (the "DEM Regulations"). These regulations incorporate by reference greenhouse gas emissions standards previously adopted by the California Air Resources Board ("CARB") pursuant to California's Assembly Bill 1493 ("AB 1493"). I have also reviewed the regulations adopted by CARB pursuant to that statute (the "AB 1493 Regulations"), and the pertinent documents in the rulemaking record. This Affidavit describes the impact of the DEM Regulations on automobile manufacturers. As the DEM Regulations expressly rely on the AB 1493 Regulations and the analysis by CARB supporting those regulations, this affidavit will focus on the CARB analysis.

6. The DEM Regulations limit the emissions of greenhouse gases from motor vehicles. The greenhouse gases that are the subject of regulations include carbon dioxide ("$CO_2$"), methane, nitrous oxide, and hydrofluorocarbons. Carbon dioxide accounts for approximately 95% of all emissions of greenhouse gases from motor vehicles.

7. Carbon dioxide is released into the atmosphere whenever carbon-containing fossil fuels, such as gasoline, oil, natural gas, and coal, are burned in air. The amount of $CO_2$ emitted

by combustion depends only on the quantity and type of fuel burned and its carbon content. For example, burning a gallon of gasoline results in the emission of roughly twenty pounds of $CO_2$, regardless of the characteristics of the vehicle that burned the fuel. Moreover, there is no exhaust aftertreatment device that can capture or reduce $CO_2$ emissions from motor vehicles.

8. In order to reduce the amount of $CO_2$ emitted from gasoline-fueled motor vehicles in Rhode Island, it is necessary to reduce the total amount of motor fuel consumed in the state. Broadly speaking, the two most practical ways to do this would be reducing the total number of miles driven by existing vehicles in the state, and/or changing the statewide fleet of motor vehicles in Rhode Island so that they consume less gasoline per mile driven – in other words, modify motor vehicles in Rhode Island to have higher fuel economy.

9. The only other way in theory to reduce the amount of motor fuel consumed would be to require that a certain number of motor vehicles be powered by a non-carbon based fuel, such as hydrogen. However, the technology for hydrogen fuel cell vehicles is still under development and years from being ready for widespread use. Moreover, there is currently no infrastructure in place to support such vehicles (such as refilling stations) and the required infrastructure won't be developed for many years in the future.

10. The regulations adopted by DEM set fleet-wide greenhouse gas emissions standards for new motor vehicles sold in Rhode Island beginning with model year 2009. The proposed standards are expressed in terms of "carbon dioxide equivalent" emissions. "Carbon dioxide equivalent" is determined by measuring the amount of $CO_2$ emitted per mile driven and then adjusted to account for the "global warming potential" of the emissions of other greenhouse gases. The DEM Regulations prescribe the exact same test for measuring $CO_2$ emissions as is utilized by the National Highway Traffic Safety Administration in enforcing the Corporate

Average Fuel Economy program. *See California Exhaust Emission Standards and Test Procedures for 2001 and Subsequent Model Passenger Cars, Light Duty Trucks, and Medium Duty Vehicles* at § 2.5.2.1.1 (available at http://www.arb.ca.gov/regact/grnhsgas/ldtps.pdf).

11. The DEM Regulations establish four classes of vehicles which are covered: passenger cars ("PC"), two classes of light trucks ("LDT1s", i.e., light-duty trucks with a loaded vehicle weight of 0-3,750 pounds, and "LDT2s", i.e., light-duty trucks with a loaded vehicle weight of 3,751 pounds to a gross vehicle weight of 8,500 pounds), and "MDPVs" (medium-duty passenger vehicles with a gross vehicle weight rating of at least 8501 pounds and up to 10,000 pounds). Passenger cars are combined with the LDT1s, and the LDT2s are combined with the MDPVs, for calculating emissions. *See Staff Report: Initial Statement of Reasons, Appendix 1- Proposed Regulation Order* at § 1961.1(a)(1)(A) (available at http://www.arb.ca.gov/regact/grnhsgas/appa.pdf).

12. The regulations set fleet average greenhouse gas emissions limits for each of the combined categories: PC/LDT1 and LDT2/MDPV. The formula set forth in 40 C.F.R. § 600.113-93 may be used to convert grams of $CO_2$ emitted per mile into miles per gallon of gasoline. Table 1 below displays the $CO_2$-equivalent emissions limit and the corresponding fuel economy values for the PC/LDT1 category for each model year covered by the regulations:

| **Table 1: PC/LDT1** | | |
|---|---|---|
| **Model Year** | **$CO_2$-Equiv. Emissions Limit (in grams)** | **Corresponding Fuel economy (in miles per gallon)** |
| 2009 | **323** | **27.4** |
| 2010 | **301** | **29.4** |
| 2011 | **267** | **33.2** |
| 2012 | **233** | **38.0** |
| 2013 | **227** | **39.0** |
| 2014 | **222** | **39.9** |

| | | |
|---|---|---|
| 2015 | **213** | **41.6** |
| 2016 | **205** | **43.2** |

13. The regulations set similar limits for the LDT2/MDPV category, as set forth in Table 2 below along with the corresponding fuel economy values:

| **Table 2: LDT2/MDPV** | | |
|---|---|---|
| **Model Year** | **$CO_2$-Equiv. Emissions Limit (in grams)** | **Corresponding Fuel economy (in miles per gallon)** |
| 2009 | **439** | **20.2** |
| 2010 | **420** | **21.1** |
| 2011 | **390** | **22.7** |
| 2012 | **361** | **24.5** |
| 2013 | **355** | **25.0** |
| 2014 | **350** | **25.3** |
| 2015 | **341** | **26.0** |
| 2016 | **332** | **26.7** |

14. The DEM standard is set by model year. The model year for a given motor vehicle can begin as early as January of the preceding year. Thus, for example, the 2011 model year can begin as early as January 2010.

15. In order to meet the near-term standards (model years 2009 through 2012), CARB has determined that automobile manufacturers will need to incorporate a "near-term technology package" into their vehicles. The "near-term technology package" includes a number of automotive technologies which when used in various combinations with each other lead to varying reductions in CO2 emissions. The package includes technologies such as: (1) discrete variable lift valve; (2) dual cam phasing; (3) cylinder deactivation; (4) continuously variable transmission; (5) six-speed automatic transmission; (6) automated manual transmission; (7)

stoichiometric gasoline direct injection; and (8) engine turbocharging. *See Staff Report: Initial Statement of Reasons* ("ISOR") at 59, 63-67 (http://www.arb.ca.gov/regact/grnhsgas/isor.pdf).

16. According to CARB's analysis, the extent to which each manufacturer will be compelled to include a "near-term technology package" depends on the baseline fuel economy of its fleet. Thus, for example, CARB determined that Honda will have to incorporate a "near term technology package" on 24% of its passenger cars and small trucks in order to meet the 2011 standard. *See Addendum Presenting and Describing Revisions to Initial Statement of Reasons for Proposed Rule Making* at 12, Revised Table 6.2-3 (available at http://www.arb.ca.gov/regact/grnhsgas/addendum.pdf). In contrast, CARB determined that Nissan will need to incorporate a "near-term technology package" on 49% of its fleet of vehicles in the PC/LDT1 category in order to meet the 2011 standard. *Id.* These are CARB's estimates, and the actual requirements of the manufacturers may be different and may in fact require more extensive product redesign in order to meet the $CO_2$ limits established by these new regulations.

17. Most of the technologies set forth in the "near-tear technology package" by CARB are relatively new to the industry and are currently available on only a very few production models. For example, the continuously variable transmission ("CVT") is an entirely different type of transmission which effectively acts as a transmission with an infinite number of gears, using either a belt or chain to transmit torque between two opposed cones. Conventional transmissions and CVTs have nothing in common; therefore, changing to CVT would require complete redesign, new tooling, and revamped manufacturing techniques. There would also be a need to invest in extremely sophisticated machining techniques to manufacturer the chain. Integrating such a technology would take a considerable amount of time and engineering effort and require extremely expensive investments in tooling and manufacturing facilities.

18. Other "near-term" technologies that will require major investments are:

- Discrete variable valve lift – While Honda pioneered this technology in the early 1990s and now uses it on most of its vehicles, BMW is the only other major manufacturer that has significantly invested in this technology. All other manufacturers will need to conduct fundamental research and development on this technology before they can start designing it into their vehicles.
- Cylinder deactivation – After the disastrous experience with cylinder deactivation in the 1980s, cylinder deactivation was not used again until it was offered on a limited number of vehicles in the 2005 MY.
- Six-speed automatic transmission – While six-speed automatic transmissions have recently been introduced by a few European manufacturers, these transmissions use a fundamentally different layout of the gear shafts within the transmission which requires very expensive changes in tooling and manufacturing.
- Stoichiometric gasoline direct injection (DI) – DI engines inject fuel directly into the combustion chamber. This approach is far more difficult and requires much higher injection pressures than the current method of injecting fuel into the intake before the engine. It requires a complete redesign of the fuel system, addition of expensive, high-pressure injectors, and a complete recalibration of the computer controls. Integrating a DI on a new vehicle would take a considerable amount of time and engineering effort.
- Engine turbocharging – Turbocharging suffers from two significant problems: they do not work well at lower engine speeds, and there is a "lag" after the driver pushes on the accelerator until the turbo can spin up and deliver the requested power. Thus, turbocharging works best on high-performance vehicles, where the shortcomings of the

turbocharger are either acceptable to the customer or are masked by an inherently powerful engine. Only Volkswagen-Audi, Volvo, and Saab use turbocharged engines on mainstream products, as a substitute for larger naturally aspirated engines. For other manufacturers, it will be very difficult, to design a smaller, turbocharged engine to have the instantaneous low-end torque to which their customers are accustomed.

19. Integrating any one of these technologies takes a considerable amount of lead time. CARB's analysis concludes that a manufacturer will have to incorporate a number of them at the same time. For example, CARB has determined that one "near-term technology package" that would achieve a 20% reduction in $CO_2$ emissions in small cars would include a combination of discrete variable lift valve, dual cam phasing, automated manual transmission, and electric power steering (as well as an improved alternator). *ISOR* at 63, Table 5.2-5. These are CARB's estimates which may or may not prove to be accurate. The purpose is to show that CARB concludes that manufacturers will have to make significant changes to their vehicles in order to meet the standards. Simultaneous implementation of multiple new technologies will require a lead time significantly longer than four years.

20. Long lead times are necessary in the automobile industry in order to design and develop the new technologies, develop the tooling required to produce and implement the new technology, order component parts from suppliers, test the production processes and vehicle performance, test the vehicle for safety and reliability, and obtain the necessary certifications. Therefore, the fundamental design of a motor vehicle – such as the body, engine and transmission – is completed many years before the vehicle hits the market.

21. Additionally, quality and reliability is of paramount importance to AIAM members. Therefore, AIAM members will typically introduce a new technology on a model that

is produced in limited numbers. That allows the manufacturer to evaluate the performance of the technology, assess initial customer reaction, and make any product modification necessary before committing the unproven technology to a large number of vehicles.

22. AIAM members typically produce motor vehicles in "product cycles." The typical product cycle for cars and trucks produced by AIAM members is five to eight years. This long product cycle is necessary to recoup the substantial amount of investment that is put into developing, testing, marketing and machine tooling for a new product.

23. An automobile manufacturer may make minor changes to a vehicle (e.g., to improve styling or address particular customer satisfaction) while the product is still in its product cycle. These refinements, however, generally do not require a substantial level of investment and do not impact the fundamental design of the vehicle.

24. Significant changes to any of the major components of a motor vehicle – such as the body, engine or transmission – are extremely difficult and expensive. If the change is required before the end of the anticipated product cycle of the vehicle, then a significant portion of the sunk costs for that vehicle is lost. For example, new and redesigned models slated for the market in the 2008 model year (which could begin as early as next January) are intended to be sold in substantially the same form through the 2013 model year and beyond. If a manufacturer were to be forced to make substantial changes to the model – such as installing a totally new engine or transmission – before the 2013 model year, that manufacturer will not be able to recoup the enormous sunk cost that went into developing that model.

25. AIAM members stagger their product cycles for different models so that the manufacturer is introducing new or redesigned vehicles on a periodic basis – typically a few models in a given year rather than all at one time. This is necessary in order to avoid

overloading engineering resources available to develop new products. New and redesigned product offerings are timed so as to make maximum use of scarce engineering resources.

26. Accordingly, to the extent that CARB is correct in its estimate that a manufacturer will need to redesign a quarter or half of its entire fleet of new vehicles to include a "near term technology package" by the 2011 model year – which could be introduced to the market as early as January 2010 – that would present an immense burden because such a requirement would impact a number of different models of that manufacturer. Scarce engineering resources would have to be diverted from other projects in order to meet this timetable, and expensive changes will have to be made on some models that are currently in the beginning or middle of their planned product cycles. Additionally, there would be an insufficient opportunity for manufacturers to limit production and utilize the consumer research, development, and prove-out process normally associated with introducing unproven technologies.

Further affiant sayeth naught.

John M. Cabaniss

John M. Cabaniss, Jr.

Sworn to before me and subscribed in my presence this 20th day of April, 2006.

Zlata Michunovich

Notary Public

My commission expires:
JAN 02, 2008

20TH DAY OF April, 2006

Date

OFFICIAL SEAL
ZLATA MICHUNOVICH
Notary Public State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 2, 2008