UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Association of International Automobile Manufacturers
Plaintiff(s)

v. Dkt. No. 06-69T

Sullivan
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Association of International Automobile Manufacturers hereby moves that Raymond B. Ludwiszewski be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Association of International Automobile Manufacturers
(Plaintiff/~~Defendant~~)

By: Kristin E. Rodgers
Bar ID No.: 4842
Address: Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

DATED: April 26, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of See Exhibit A, attached and of the following Federal District Court and/or Court of Appeals Bar(s) See Exhibit A, attached, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Print Name: Raymond B. Ludwiszewski — State Bar ID #: DC Bar No: 42050

Firm Name: Gibson, Dunn & Crutcher, LLP

Business Address: 1050 Connecticut Ave, NW, Washington D.C. 20036

Tel. #: (202) 955-8665 — Fax #: (202) 467-0539

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Print Name: Kristin E. Rodgers — R.I. Bar ID #: 4842

Firm and Business Address:
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

Tel. # 831-8900 Fax # 751-7542

---

**ORDER**

This motion is hereby ____________________

____________________
District Judge

Date:

**EXHIBIT A**

**Bar Admissions for Raymond B. Ludwiszewski**

Massachusetts Supreme Judicial Court, December, 1985

U.S. District Court of Appeals for the 9th Circuit, 1986

District of Columbia Court of Appeals, 1988

U.S. Court of Appeals for the DC Circuit January, 1990

US. Court of Appeals for 11th Circuit, September, 1993

U.S. District Court of District of Columbia August, 1998

District Court for the District of Maryland, 1999

U.S. District Court for the District of Idaho, 2001