**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 06-69T** |
| **W. MICHAEL SULLIVAN, in his official Capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY**

Now comes the Defendant, W. Michael Sullivan, who is being sued in his official capacity as Director of the Rhode Island Department of Environmental Management and respectfully moves for an enlargement of time, **up to and including May 15, 2006**, in which to file a reply to Plaintiffs' Brief filed in response to Defendant's Rule 12(b)(1) Motion to Dismiss

In support of this motion, the State declares as follows:

1. Plaintiff, The Association of International Automobile Manufacturers served their response to the Defendant's Motion to Dismiss on April 25, 2006. The response was served by hand delivery and was due during time that lead counsel for Defendant was on vacation.

2. Plaintiff's eighteen-page response (and accompanying ten-page affidavit) challenges Defendant's Motion on the merits and makes separate requests for evidentiary hearings and oral argument.

3. Plaintiffs in the companion case, Lincoln Dodge v. W. Michael Sullivan, C.A. No. 06-70T, have likewise filed a 20-page response (and accompanying

affidavit) to the Defendant's Motion to Dismiss. The Lincoln Dodge Plaintiffs have also filed a Motion and Supporting Memorandum to Seal the Affidavit. Likewise, the Lincoln Dodge Plaintiffs make a separate request for an evidentiary hearing and oral argument.

4. Without an enlargement of time, Defendant's reply to both responses would be due on May 9, 2006.

5. To assure sufficient time to confer with the client and respond to the many issues raised by the Plaintiffs in this and the companion Lincoln Dodge case, Defendant requests four additional business days to prepare a reply.

6. Counsel for the Defendant spoke with counsel for the Plaintiff to seek Plaintiff's consent for the enlargement of time, but at the time of this filing, Defendant has not received a response.

**WHEREFORE**, Defendant respectfully requests that it be allowed up to and including May 15, 2006 to reply to Plaintiff's response.

Respectfully Submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Tricia K. Jedele #5958
Special Assistant Attorney General
and Environmental Advocate
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2400
Fax: (401) 222-3016

## CERTIFICATION

I, the undersigned, hereby certify that a true copy of the within document was served electronically and by regular mail, postage pre-paid, on this 3rd day of May, 2006 to those indicated below:

Raymond B. Ludwiszewski, Esq.
Charles H. Haake, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave. NW
Washington, DC 20036

Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

[signature]