UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,

Plaintiff,

v.

W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management,

Defendant.

C.A.No. 06-69T

**CERTIFICATE OF SERVICE**

I, Cynthia Giles, do hereby certify that I mailed a true copy of the Motion of Bradford W. Kuster for Admission Pro Hac Vice by first class mail, postage prepaid, on this 10th day of May, 2006, to those indicated below:

Raymond B. Ludwiszewski, Esq.
Charles H. Haake, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Mary C. Dunn, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Tricia Jedele, Esq.
Special Assistant Attorney General
Environmental Advocate
Department of Attorney General
150 South Main Street
Providence, RI 02903

Timothy Pavilonis, Esq.
Office of Legal Counsel
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, RI 02908

Dated and signed May 10, 2006.

Cynthia Giles (# 5868)
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903-2221
(401) 351-1102
cgiles@clf.org

Counsel for Applicants Conservation Law Foundation, Sierra Club, Natural Resources Defense Council, Environmental Defense