UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINCOLN DODGE, INC. ET AL
Plaintiff(s)

v. Dkt. No. CA 0669T

SULLIVAN
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant -Intervenors SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL & ENVIRONMENTAL DEFENSE hereby moves that DAVID BOOKBINDER be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

CONSERVATION LAW FDN, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE
(~~Plaintiff~~/Defendant)

By: Cynthia Giles
Bar ID No.: 5868
Address: 55 DORRANCE ST.
PROVIDENCE, RI 02903

DATED: 10/18/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of MASSACHUSETTS, VIRGINIA & DIST. OF COLUMBIA and of the following Federal District Court and/or Court of Appeals Bar(s) SEE ATTACHED, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]
Signature of *Pro Hac Vice* Applicant

DAVID BOOKBINDER — DC 455525
Print Name — State Bar ID #

SIERRA CLUB
Firm Name

408 C STREET, NE,
WASHINGTON DC 20002
Business Address

202-548-4598 — 202-547-6009
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Cynthia Giles — 58168
Print Name — R.I. Bar ID #

Conservation Law Foundation
Firm and Business Address
55 Dorrance St.
Providence, RI 02903

Tel. # 401-351-1102 Fax # 401-351-1130

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date:

## DAVID BOOKBINDER: FEDERAL BAR ADMISSIONS

Southern District of New York: May 20, 1986
District of Massachusetts: June 25, 1993
District of the District of Columbia: January 10, 2000
Eastern District of Virginia: October 20, 2000
Northern District of Florida: March 21, 2005

First Circuit: December 10, 1993
Second Circuit: June 27, 1991
Fourth Circuit: August 9, 1999
Fifth Circuit: November 5, 1995
Tenth Circuit: July 14, 2003
Eleventh Circuit: September 22, 2000
DC Circuit: September 8, 1997

U.S. Supreme Court: December 2, 1991