| . A O 435<br>(Rev. 12/03)<br>*Please Read Instructions above* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| | | | |
|---|---|---|---|
| 1. NAME **Patricia K. Rocha** | 2. PHONE NUMBER **274-7200** | 3. DATE **10/23/06** | |
| 4. MAILING ADDRESS **Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor** | 5. CITY **Providence** | 6. STATE **RI** | 7. ZIP CODE **02903** |
| 8. CASE NUMBER **06-69-T and 06-70-T (Consolidated)** | 9. JUDGE **Torres** | DATES OF PROCEEDINGS | |
| | | 10. FROM **10/20/06** | 11. |
| 12. CASE NAME **Lincoln Dodge, Inc., et al. v. RIDEM** | | LOCATION OF PROCEEDINGS | |
| | | 13. | 14. |

15. ORDER FOR

| | | | |
|---|---|---|---|
| APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | **Hearing on Motion to Dismiss** | **10/20/06** |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | | | NO. OF COPIES | | |
| EXPEDITED | √ | | NO. OF COPIES | | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | | | NO. OF COPIES | | |

| | | |
|---|---|---|
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
| 18. SIGNATURE /s/ Patricia K. Rocha | PROCESSED BY | |
| 19. DATE **10/23/06** | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY