UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, | : | |
| v. | : | C.A. No. 06-69T |
| W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management | : | |

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| v. | : | C.A. No. 06-70T |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**PLAINTIFFS' MOTION TO STRIKE**

Plaintiffs, Lincoln Dodge, Inc, Smithfield Chrysler Jeep, Inc., Simon Chevrolet-Buick, Ltd., Paul Masse Chevrolet, Inc., Paul Masse Pontiac-Cadillac-GMC, Inc., Deluxe Auto Sales, Inc., Tasca Automotive Group, Inc., The New Bay Buick, Inc., Hurd Chevrolet, Inc., Hurd Buick Pontiac-GMC Truck, Inc., the Alliance of Automobile Manufacturers, DaimlerChrysler Corporation and General Motors Corporation (collectively, "Plaintiffs"), in accordance with the Court's November 1, 2006 letter to counsel, respectfully request that this Court strike certain portions of Defendant's rebuttal argument at the October 20, 2006 hearing on Defendant's Motion to Dismiss. In support thereof, the Plaintiffs rely upon their Memorandum filed contemporaneously herewith.

Dated: November 7, 2006

/s/ Patricia K. Rocha_______________
Patricia K. Rocha (# 2793)
procha@apslaw.com
John A. Tarantino (#2586)
jtarantino@apslaw.com
Katy A. Hynes (# 6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>v.<br><br>W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management | : | C.A. No. 06-69T |
| LINCOLN DODGE, INC., et al.<br><br>v.<br><br>W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | C.A. No. 06-70T |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO STRIKE**

Plaintiffs, Lincoln Dodge, Inc, Smithfield Chrysler Jeep, Inc., Simon Chevrolet-Buick, Ltd., Paul Masse Chevrolet, Inc., Paul Masse Pontiac-Cadillac-GMC, Inc., Deluxe Auto Sales, Inc., Tasca Automotive Group, Inc., The New Bay Buick, Inc., Hurd Chevrolet, Inc., Hurd Buick Pontiac-GMC Truck, Inc., the Alliance of Automobile Manufacturers, DaimlerChrysler Corporation and General Motors Corporation (collectively, "Plaintiffs"), file this Memorandum of Law in support of their Motion to Strike certain portions of Defendant's rebuttal argument at the October 20, 2006 hearing on Defendant's Motion to Dismiss.

In accordance with the Court's letter to counsel of November 1, 2006, Plaintiffs move to strike certain portions of Defendant's rebuttal argument. At oral argument on the motion under

Rule 12, in the rebuttal segment, counsel for Defendant stated: **"**The lead time in EPCA is 18 months." Transcript of Hearing, Oct. 20, 2006, at p. 30 l. 7. Defense counsel did not cite any specific provision of the Energy Policy and Conservation Act ("EPCA") related to this assertion. Nor was this argument raised in any of the memoranda filed by the parties or in Plaintiffs' counsel's or Defense counsel's opening arguments at the October 20 hearing.

Consequently, because the issue was never briefed and never raised in argument by any of the parties, it is not a proper subject for rebuttal and should be stricken. Additionally, Defense counsel's statement is inaccurate. The federal fuel economy statute does not specify that federal fuel economy standards must take effect 18 months after they are adopted. Instead, the statute requires an 18-month *minimum* period between the promulgation of new standards and the time when they take effect. *See* 49 U.S.C. § 32902(a), (g). The key point omitted by counsel is that the statute specifies a *minimum* period. The National Highway Traffic Safety Administration ("NHTSA"), which implements the federal fuel economy statute, has stated that a period of "not less than 30 to 36 months" is needed to "design tools and test components" for new fuel economy technologies "once the new technology is deemed to be feasible." 67 Fed. Reg. 16,052, 16,055 (col. 2) (Apr. 4, 2002). When it recently established new, more stringent federal fuel economy standards for model years 2008 to 2011, NHTSA provided six years – not 18 months – for the industry to comply fully with standards that are less stringent than the rules adopted by Defendant. *See* 71 Fed. Reg. 17,566, 17,626 col. 1 (Apr. 6, 2006).

For these reasons, consistent with the rules on briefing and argument, and as a matter of fairness, the Defendant's statements in rebuttal argument regarding EPCA's "lead time" should be stricken. *See, e.g., Pignons S.A. de Mecanique v. Polaroid Corp.*, 701 F.2d 1 (1st Cir. 1983) (appellee is entitled to rely on contents of appellant's brief for scope of issues appealed, appellant

generally may not preserve claim merely by referring to it in reply brief or at oral argument and if not properly raised the argument is waived).

Dated: November 7, 2006

/s/ Patricia K. Rocha______________
Patricia K. Rocha (# 2793)
procha@apslaw.com
John A. Tarantino (#2586)
jtarantino@apslaw.com
Katy A. Hynes (# 6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2006, I did send a true copy of the within Motion to Strike and supporting Memorandum of Law **by electronic means (ECF)** to:

Tricia Jedele
Special Assistant Attorney General,
Environmental Advocate
Michael Rubin, Esq.
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Patty Fairweather
Executive Legal Counsel
R.I. Department of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Charles H. Haake, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Cynthia Giles, Esq.
Conservation Law Foundation
55 Dorrance Street, Suite 201
Providence, RI 02903-2221

David Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Bradford W. Kuster, Esq.
Conservation Law Foundation
27 North Main Street
Concord, MA 03301-4930

/s/ Patricia K. Rocha

*398839_1.doc*