UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, | : | |
| v. | : | C.A. No. 06-69T |
| W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management | : | |

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| v. | : | C.A. No. 06-70T |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Plaintiffs, Lincoln Dodge, Inc, Smithfield Chrysler Jeep, Inc., Simon Chevrolet-Buick, Ltd., Paul Masse Chevrolet, Inc., Paul Masse Pontiac-Cadillac-GMC, Inc., Deluxe Auto Sales, Inc., Tasca Automotive Group, Inc., The New Bay Buick, Inc., Hurd Chevrolet, Inc., Hurd Buick Pontiac-GMC Truck, Inc., the Alliance of Automobile Manufacturers, DaimlerChrysler Corporation and General Motors Corporation (collectively, "Plaintiffs"), pursuant to LR Cv 7(b)(3), respectfully request that this Court grant leave to file a supplemental memorandum in opposition to Defendant's motion to dismiss to bring to this Court's attention additional authority addressing issues that this Court has *sub judice*. The form of the supplemental memorandum is attached as **Exhibit A** to the memorandum in support of the motion.

Dated: January 17, 2007

/s/ Patricia K. Rocha______________
Patricia K. Rocha (# 2793)
procha@apslaw.com
John A. Tarantino (#2586)
jtarantino@apslaw.com
Katy A. Hynes (# 6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, | : | |
| v. | : | C.A. No. 06-69T |
| W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management | : | |

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| v. | : | C.A. No. 06-70T |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE SUPPLEMENTAL MEMORANDUM**

Pursuant to LR Cv 7(a), Plaintiffs, Lincoln Dodge, Inc, Smithfield Chrysler Jeep, Inc., Simon Chevrolet-Buick, Ltd., Paul Masse Chevrolet, Inc., Paul Masse Pontiac-Cadillac-GMC, Inc., Deluxe Auto Sales, Inc., Tasca Automotive Group, Inc., The New Bay Buick, Inc., Hurd Chevrolet, Inc., Hurd Buick Pontiac-GMC Truck, Inc., the Alliance of Automobile Manufacturers, DaimlerChrysler Corporation and General Motors Corporation (collectively, "Plaintiffs"), file this memorandum in support of their motion seeking leave to file a supplemental memorandum in opposition to Defendant's motion to dismiss in the form attached as **Exhibit A**. In support thereof, Plaintiffs state that they seek leave to supplement the record to reference a decision by the United States District Court for the Eastern District of California filed

on January 16, 2007 in the case entitled *Central Valley Chrysler-Jeep, Inc., et al. v. Witherspoon*, Case 1:04-cv-06663-AWI-LJO, and provide limited argument based thereon.

WHEREFORE, Plaintiffs request that this court grant their motion for leave to file the supplemental memorandum attached as **Exhibit A**.

Dated: January 17, 2007

/s/ Patricia K. Rocha
Patricia K. Rocha (# 2793)
procha@apslaw.com
John A. Tarantino (#2586)
jtarantino@apslaw.com
Katy A. Hynes (# 6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2007, I did send a true copy of the within Motion For Leave to File Supplemental Memorandum and supporting Memorandum of Law **by electronic means (ECF)** to:

Tricia Jedele
Special Assistant Attorney General,
Environmental Advocate
Michael Rubin, Esq.
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Patty Fairweather
Executive Legal Counsel
R.I. Department of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Charles H. Haake, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Cynthia Giles, Esq.
Conservation Law Foundation
55 Dorrance Street, Suite 201
Providence, RI 02903-2221

David Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Bradford W. Kuster, Esq.
Conservation Law Foundation
27 North Main Street
Concord, MA 03301-4930

/s/ Patricia K. Rocha

*405277_1.doc*