# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, | : | |
| v. | : | C.A. No. 06-69T |
| W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management | : | |

---

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| v. | : | C.A. No. 06-70T |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

On January 16, 2007, the United States District Court for the Eastern District of California filed its Memorandum Opinion And Order On Defendant's Motion For Summary Judgment On The Issue Of Ripeness And/Or Mootness And Order For Stay Of Further Proceedings in *Central Valley Chrysler-Jeep, Inc., et al. v. Catherine A. Witherspoon*, Case 1:04-cv-06663-AWI-LJO. The *Central Valley Chrysler-Jeep* case, like the within action, presents federal preemption claims under the Energy Policy and Conservation Act of 1975 ("EPCA"). The Court's decision is the second such decision that has denied a motion to dismiss claims under EPCA on ripeness grounds. *See Green Mountain Chrysler Plymouth Dodge Jeep, et al. v.*

*Dalmasse* (District of Vermont, November 30, 2006) forwarded to this Court on November 30, 2006.

The *Central Valley* court rejected the defendant's motion for summary judgment regarding the fuel economy preemption claims on ripeness grounds, even while entering an interim injunction under the Federal Clean Air Act against enforcement of the regulation challenged in the *Central Valley* case by California officials:[1]

> The court finds plaintiffs have made a sufficient showing of hardship, if resolution of their EPCA and foreign claims are delayed, to satisfy the constitutional prong of the ripeness inquiry. (citation omitted) The court also finds that the record is sufficiently developed at the present time to satisfy the credential prong of the inquiry. The court, therefore, finds that Defendants are not entitled to summary judgment on the ground of ripeness.

*Central Valley* at 14.[2]

In the *Central Valley* case, the Court also decided to vacate the current trial date, which had been scheduled for January 30, 2007, in order to allow the Court the benefit of the United States Supreme Court's ruling in *Massachusetts v. EPA*, 415 F.3d 50 (D.C. Cir. 2005), *cert. granted*, 126 S.Ct. 2960 (2006). While Plaintiffs do not agree with that aspect of the *Central Valley* court's decision, they would note that *Massachusetts v. EPA* should be decided no later than the end of the current term of the Supreme Court in June or July 2007. Assuming a ruling by this Court denying the Defendant's Motion to Dismiss, Plaintiffs anticipate that the instant

---

1 The injunction will be dissolved automatically if and/or when the U.S. EPA approves the regulations under the Clean Air Act.

2 As set forth in Plaintiffs' opposition to Defendant's motion to dismiss and the supporting affidavit of Donald P. Wisehart already on file with the Court, the fact that the Rhode Island regulation remains on the books and could be fully implemented as soon as it is approved by EPA under the Clean Air Act, imposes current harm and hardship on the ten dealer Plaintiffs in this action, as well as other dealers in Rhode Island. Pre-enforcement review of the Rhode Island regulation on the merits in this Court is also necessary, in order to determine the obligations of the automobile industry as a whole with respect to the carbon dioxide regulation in all the states in the First Circuit that have adopted the regulation.

case can be prepared for trial in the months remaining between now and the end of the Supreme Court's current term. The *Green Mountain* case in the District of Vermont is currently scheduled for a bench trial starting on March 22, 2007.

Based on the foregoing and Plaintiffs' arguments in their opposition papers already on file with this Court and advanced at oral argument, Plaintiffs respectfully request that this Court deny Defendant's Motion to Dismiss.

Dated: , 2007

/s/ Patricia K. Rocha______________
Patricia K. Rocha (# 2793)
procha@apslaw.com
John A. Tarantino (#2586)
jtarantino@apslaw.com
Katy A. Hynes (# 6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

*405295_1.doc*