**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | : | |
| **Plaintiff,** | : | **C.A. No. 06-69T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |
| **LINCOLN DODGE, INC. et al.,** | : | |
| **Plaintiffs,** | : | **C.A. No. 06-70T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' EXHIBIT A (ATTACHED TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM)**

NOW HERE COMES Defendant, W. Michael Sullivan, in his official capacity as Director of the Rhode Island Department of Environmental Management and moves to strike Exhibit A (attached to Plaintiffs Motion for Leave to File Supplemental Memorandum) for the reasons set forth in the attached memorandum of law.

Dated: January 25, 2007

Respectfully submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Tricia K. Jedele
Tricia K. Jedele, No. 5958
Special Assistant Attorney General
and Environmental Advocate
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2400
Fax: (401) 222-3016

Of Counsel:

Patricia Allison Fairweather
Executive Legal Counsel
RI Dept. of Environmental
Management
235 Promenade Street
Providence, RI 02908

*For Defendant W. Michael Sullivan, in his official capacity as Director of the Rhode Island Department of Environmental Management.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** <br><br> **Defendant.** | : | **C.A. No. 06-69T** |
| **LINCOLN DODGE, INC. et al.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** <br><br> **Defendant.** | : | **C.A. No. 06-70T** |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' EXHIBIT A**

Plaintiffs attached an "exhibit", labeled as Exhibit A, to their Motion for Leave to File Supplemental Memorandum. Exhibit A, however, is Plaintiffs' Supplemental Memorandum of Law, and is not appropriately attached as an exhibit to a Motion requesting leave to file same. Moreover, filing additional memorandum of law without having been granted leave of court to do so, regardless of how the memorandum is

labeled is a violation of LR Cv 7(b)(3) which provides:

> No memorandum other than a memorandum in support of a motion, a memorandum in opposition, and a reply memorandum may be filed without prior leave of the Court.

For the foregoing reasons, Defendant respectfully requests that Plaintiffs' Exhibit A be stricken from the record.

Dated: January 25, 2007

Respectfully submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Tricia K. Jedele
Tricia K. Jedele, No. 5958
Special Assistant Attorney General
and Environmental Advocate
tjedele@riag.ri.gov
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2400
Fax: (401) 222-3016

Of Counsel:

Patricia Allison Fairweather
Executive Legal Counsel
RI Dept. of Environmental
Management
235 Promenade Street, 4th Floor
Providence, RI 02908

*For Defendant W. Michael Sullivan, in his official capacity as Director of the Rhode Island Department of Environmental Management.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of the Defendant's Motion to Strike and Supporting Memorandum of Law were served **by electronic means (ECF)** on this 25th day of January, 2007, to:

Bradford W. Kuster, Esq.
Conservation Law Foundation
27 North Main Street
Concord MA, 03301-4930

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Mary C. Dunn, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Patricia K. Rocha, Esq.
John A. Tarantino, Esq.
Katy A. Hynes, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Stuart A.C. Drake, Esq.
Andrew B. Clubok, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Patricia Allison Fairweather
Executive Legal Counsel
Office of Legal Counsel
RI Dept. of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

Cynthia Giles, Esq.
Conservation Law Foundation
55 Dorrance Street, Suite 201
Providence, RI 02903-2221

David Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Charles H. Haake, Esq.
Raymond. B. Ludwiszewski, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave. NW
Washington, DC 20036

/s/ Tricia K. Jedele