**UNITED STATION DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,**

**Plaintiff,**

**C. A. No. 06-69T**

**v.**

**W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management.**

**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Club, and Environmental Defense, hereby move that Stephen F. Hinchman be admitted PRO HAC VICE in the above case (consolidated with C.A. No. 06-70T) as counsel with local counsel identified below.

Conservation Law Foundation, Sierra Club,
Natural Resources Defense Club, and
Environmental Defense
Defendant Intervenors
By: Cynthia J. Giles (#5868)
Conservation Law Foundation
55 Dorrance Street, Providence, RI 02903

Dated: February 14, 2008

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Maine and the Federal District Court for the District of Maine. I am also an inactive member of the bar of the State of Vermont. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have been convicted of a crime other than minor traffic offenses. See explanation attached hereto.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *proc hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Stephen F. Hinchman
Maine Bar ID #009795
Conservation Law Foundation
14 Maine Street, Suite 200
Brunswick, ME 04011
Tel. # (207) 729-7733 Fax # (207) 729-7373

Dated: February 14, 2008

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of the LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Cynthia J. Giles
Cynthia J. Giles (#5868)
Conservation Law Foundation
55 Dorrance Street, Providence, RI 02903
Tel. # (401) 351-1102 Fax # (401) 351-1130

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date:

**Statement of Pro Hac Vice applicant Stephen F. Hinchman regarding prior conviction of a crime involving civil disobedience.**

I was arrested along with 220 others on Aug. 10, 1987 ("Nagasaki day") for trespassing at the federal Rocky Flats Nuclear Weapons facility in Jefferson County, Colorado. After losing a "choice of evils" defense, I plead no contest, was convicted in 1988 of misdemeanor trespassing (state law offense), and was ordered to pay a fine and do 80 hours of public service. I completed my public service the same year.

**CERTIFICATION**

I, the undersigned, hereby certify that the foregoing Motion for Admission Pro Hac Vice of Stephen F. Hinchman was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Tricia K. Jedele, Esq., tjedele@riag.ri.gov
Kristin E. Rodgers, Esq., ker@blishcavlaw.com
Mary C. Dunn, Esq. mcd@blishcavlaw.com
Joseph V. Cavanagh, Jr., jvc@blishcavlaw.com
Patricia K. Rocha, Esq., procha@asplaw.com
John A. Tarantino, Esq., jtarantino@apslaw.com
Stuart A.C. Drake, Esq., sdrake@kirkland.com
Andrew B. Clubok, Esq., aclubok@kirkland.com

and by regular mail, postage pre-paid, on this 14th day of February, 2008 to those indicated below:

David J. Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Charles H. Haake, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

/s/ Cynthia Giles
Cynthia Giles