**ERRATA to DEFENDANT AND DEFENDANT-INTERVENORS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

In order to improve legibility of this brief due to issues with the portable document conversion, and to correct typographical and formatting errors, Defendant and Defendant-Intervenors now submit a Corrected Memorandum of Law in Support of their Motion for Judgment on the Pleadings. The corrections made are as follows:

- P. 5 – Added "2" at the beginning of footnote two.
- P. 9 – Added a period to the end of footnote ten.
- P. 15 – Corrected the formatting and punctuation in the 11th and 13th lines of text.
- P. 16 – Deleted the words "See, e.g.," from the 13th line of text.
- P. 17 – Corrected the formatting of the 3rd line of text.
- P. 19 – Added a period to the end of footnote twelve.
- P. 23 – Added the words "no basis" to the first line of text.

Respectfully submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
Attorney General

*/s/ Tricia K. Jedele*

______________________________
Tricia K. Jedele #5958
Special Assistant Attorney General
& Environmental Advocate
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-3016 (fax)

Defendant-Intervenors
By their Attorney,

*/s/ Cynthia J. Giles*

______________________________
Cynthia J. Giles, Esq. #5868
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903
(401) 351-1102
(401) 351-1130 (fax)

*Stephen F. Hinchman, Esq.*
*David Bookbinder, Esq.*
*Melissa A. Hoffer, Esq.*
*Matthew F. Pawa, Esq.*

Pro Hac Vice Counsel
for Defendant Intervenors

**CERTIFICATION**

I hereby certify that on the 10th day of April, 2008, I sent a true copy of the within by electronic means (ECF) to:

Joseph V. Cavanagh, Jr.
jvc@blishcavlaw.com,

Andrew B. Clubok
aclubok@kirkland.com

Stuart C. Drake
sdrake@kirkland.com

Mary C. Dunn
mcd@blishcavlaw.com

Kristin E. Rogers
ker@blishcavlaw.com

Patricia K. Rocha
procha@apslaw.com
dhumm@apslaw.com
jtarantino@apslaw.com

and by regular mail to:

Charles H. Haake
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*/s/ Tricia K. Jedele*