```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF RHODE ISLAND
```

| | |
|---|---|
| LINCOLN-DODGE, INC.; SMITHFIELD CHRYSLER JEEP, INC.; SIMON CHEVROLET-BUICK, LTD.; PAUL MASSE CHEVROLET, INC.; PAUL MASSE PONTIAC-CADILLAC-GMC, INC.; DELUXE AUTO SALES, INC.; TASCA AUTOMOTIVE GROUP, INC.; HURD CHEVROLET, INC.; HURD BUICK-PONTIAC-GMC TRUCK, INC.; ALLIANCE OF AUTOMOBILE MANUFACTURERS; DAIMLERCHRYSLER CORPORATIONL and GENERAL MOTORS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>W. MICHAEL SULLIVAN, in his Official Capacity as Director of the Rhode Island Department of Environmental Management,<br><br>        Defendant. | Case No. 06-70T |

**Consolidated with**

| | |
|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS<br><br>        Plaintiff,<br><br>    v.<br><br>W. MICHAEL SULLIVAN, in his Official Capacity as Director of the Rhode Island Department of Environmental Management,<br><br>        Defendant. | Case No. 06-69T |

## ORDER DENYING DEFENDANTS' MOTION TO
## FILE A SUPPLEMENTAL MEMORANDUM

The defendants' Motion for Leave to File a Supplemental Memorandum is denied. The Court will take judicial notice of the June 23, 2008 order in <u>Central Valley Chrysler-Jeep, Inc. v. Goldstene</u>, No 1:04-cv-06663, and counsel may argue the relevance of this order at the July 23, 2008 hearing.

IT IS SO ORDERED:

*Ernest C. Torres* (signature)
_____
Ernest C. Torres
Senior United States District Judge

Date: 7/3/2008