**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINCOLN-DODGE, INC.; SMITHFIELD CHRYSLER JEEP, INC.; SIMON CHEVROLET-BUICK, LTD.; PAUL MASSE CHEVROLET, INC.; PAUL MASSE PONTIAC-CADILLAC-GMC, INC.; DELUXE AUTO SALES, INC.; TASCA AUTOMOTIVE GROUP, INC.; HURD CHEVROLET, INC.; HURD BUICK-PONTIAC-GMC TRUCK, INC.; ALLIANCE OF AUTOMOBILE MANUFACTURERS; DAIMLERCHRYSLER CORPORATIONL and GENERAL MOTORS CORPORATION, | : | |
| Plaintiffs, | : | |
| | : | Case No. 06-70T |
| v. | : | |
| W. MICHAEL SULLIVAN, in his Official Capacity as Director of the Rhode Island Department of Environmental Management, | : | |
| Defendant. | : | |

**Consolidated with**

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS | : | |
| Plaintiff, | : | |
| v. | : | Case No. 06-69T |
| W. MICHAEL SULLIVAN, in his Official Capacity as Director of the Rhode Island Department of Environmental Management, | : | |
| Defendant. | : | |

**ORDER DENYING DEFENDANTS' MOTION TO FILE A SUPPLEMENTAL MEMORANDUM**

The defendants' Motion for Leave to File a Supplemental Memorandum is denied. The Court will take judicial notice of the June 23, 2008 order in Central Valley Chrysler-Jeep, Inc. v. Goldstene, No 1:04-cv-06663, and counsel may argue the relevance of this order at the July 23, 2008 hearing.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Senior United States District Judge

Date: 7/3/2008