# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THE ASSOCIATION OF INTERNATIONAL
AUTOMOBILE MANUFACTURERS,
Plaintiff

    vs.                                    C.A. No. 06-69S

W. MICHAEL SULLIVAN,
Defendant

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to this Court's November 25th, 2008 Order Granting Defendant W. Michael Sullivan's Motion to Dismiss, judgment hereby enters for the Defendant W. Michael Sullivan and against the Plaintiff The Association of International Automobile Manufacturers.

                                                          Enter:

                                                          /s/ Ryan H. Jackson

                                                          Deputy Clerk

Dated: March 5th, 2009